Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq. State Bar No. 259154
ANguyen@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
225 Santa Monica Boulevard, Suite 700
Santa Monica, California 90401
Telephone Number: (310) 860-0770
Facsimile Number: (310) 860-0771

Attorneys for Plaintiff,
TAMAR KASBARIAN

Mia Farber (SBN 131467)
Thomas G. Mackey (SBN 174572)
Dorothy L. Black (SBN 211260)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
farberm@jacksonlewis.com
thomas.mackey@jacksonlewis.com
dorothy.black@jacksonlewis.com

Attorneys for Defendant
EQUINOX HOLDINGS, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL OF CALIFORNIA

| | |
|---|---|
| TAMAR KASBARIAN,<br><br>     Plaintiff,<br><br>vs.<br><br>EQUINOX HOLDINGS, INC., and DOES 1 to 50, inclusive,<br><br>     Defendant. | Case No.: 2:16-CV-01795-MWF-JC<br><br>**The Honorable Michael W. Fitzgerald**<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** ; ORDER<br><br><br>Action Filed: April 2, 2019<br>Ctrm 1600 |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff, Tamar Kasbarian, and defendant, Equinox Holdings, Inc., hereby stipulate and agree, through their respective counsel of record, pursuant to the Parties' signed settlement agreement, that the above referenced action shall be dismissed in its entirety with prejudice.

Dated: April 18, 2019     SHEGERIAN & ASSOCIATES, INC.

          By: /s/ Carney R. Shegerian
            Carney R. Shegerian, Esq.

            Attorneys for Plaintiffs,
            TAMAR KASBARIAN

Dated: April 18, 2019     JACKSON LEWIS P.C.

          By: /s/ Mia Farber
            Mia Farber, Esq.

            Attorneys for Defendant,
            EQUINOX HOLDINGS, INC.

**IT IS SO ORDERED.**

DATED: XXXXXXX
May 8, 2019 DATED:

**UNITED STATES DISTRICT JUDGE**